**ORDERED ACCORDINGLY.**

**Dated: February 16, 2010**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

_____

Randy Nussbaum, #006417
Beth J. Shapiro, #009563
NUSSBAUM & GILLIS, P.C.
14500 N. Northsight Blvd, Suite 116
Scottsdale, Arizona 85260
Telephone: (480) 609-0011
Facsimile: (480) 609-0016
rnussbaum@nussbaumgillis.com
bshapiro@nussbaumgillis.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In re: | Chapter 7 Proceeding |
|---|---|
| STEPHEN SIDNEY THUNE and MARY FLYNN THUNE, <br><br> Debtors. | Case No: 2:10-bk-00230-GBN |
| WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. <br><br> Movant, <br><br> vs. <br><br> STEPHEN SIDNEY THUNE and MARY FLYNN THUNE, Debtors; ANTHONY H. MASON, Chapter 7 Trustee, <br><br> Respondents. | **ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY AND STAYING EFFECTIVENESS THEREOF** <br><br><br> **Residential Real Property: Located at 5525 East Michelle Drive Scottsdale, AZ 85254** |

Upon consideration of the *Stipulation for Relief From the Automatic Stay and Staying Effectiveness Thereof* ("Stipulation"), and good cause appearing:

**IT IS HEREBY ORDERED** approving the Stipulation;

**IT IS FURTHER ORDERED** granting relief from the automatic stay to Creditor;

**IT IS FURTHER ORDERED** granting that the effectiveness of this Order be stayed through and including October 15, 2010; and

**IT IS FURTHER ORDERED** that such Order shall not be affected or nullified by any subsequently entered stay relief or abandonment order unless approved by the parties herein.

**DATED AND SIGNED ABOVE**

14785-1/732822_1