**ORDERED ACCORDINGLY.**

Dated: April 05, 2010



*signature*

GEORGE B. NIELSEN, JR
U.S. Bankruptcy Judge

---

Randy Nussbaum, #006417
Beth J. Shapiro, #009563
NUSSBAUM & GILLIS, P.C.
14500 N. Northsight Blvd, Suite 116
Scottsdale, Arizona 85260
Telephone: (480) 609-0011
Facsimile: (480) 609-0016
rnussbaum@nussbaumgillis.com
bshapiro@nussbaumgillis.com

Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STEPHEN SIDNEY THUNE and MARY FLYNN THUNE,<br><br>Debtors. | Chapter 7 Proceeding<br><br>Case No: 2:10-bk-00230-GBN |
| CHASE HOME FINANCE LLC<br><br>Movant,<br><br>vs.<br><br>STEPHEN SIDNEY THUNE and MARY FLYNN THUNE, Debtors; ANTHONY H. MASON, Chapter 7 Trustee,<br><br>Respondents. | ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY AND STAYING EFFECTIVENESS THEREOF<br><br>**Residential Real Property:**<br>Located at 5525 East Michelle Drive Scottsdale, AZ 85254 |

Upon consideration of the *Stipulation for Relief From the Automatic Stay and Staying Effectiveness Thereof* ("Stipulation"), and good cause appearing:

**IT IS HEREBY ORDERED** approving the Stipulation;

**IT IS FURTHER ORDERED** granting relief from the automatic stay to Creditor;

**IT IS FURTHER ORDERED** granting that the effectiveness of this Order be stayed through and including September 15, 2010; and

**IT IS FURTHER ORDERED** that such Order shall not be affected or nullified by any subsequently entered stay relief or abandonment order unless approved by the parties herein.

**DATED AND SIGNED ABOVE**

14785-1/734336